UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO BORRUSO and ANGELITA BORRUSO<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A and NDEX WEST, LLC<br><br>　　　　Defendants.<br>_____/ | No. C14-00537<br><br>**ORDER REMANDING CASE** |

　　On February 5, 2014, Defendant Wells Fargo Bank, N.A. removed this action from San Francisco Superior Court on the basis of diversity jurisdiction. However, as this Court has previously ruled, "the Court finds that Defendant Wells Fargo is a citizen of both its state of association and its principal place of business. As its principal place of business is in California, diversity jurisdiction is lacking." *Martinez v. Wells Fargo Bank*, 946 F. Supp. 2d 1010, 1024 (N.D. Cal. 2013).[1] Accordingly, as both the Plaintiffs and Wells Fargo are citizens of California, complete diversity is lacking and this Court **REMANDS** this case to San Francisco Superior Court.

　　IT IS SO ORDERED.

Dated: February 5, 2014

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The Court acknowledges that other judges in this district have issued contrary rulings. *See, e.g., Meyer v. Wells Fargo Bank*, No. C13-03727, 2013 WL 6407516, at *2 (N.D. Cal. Dec. 6, 2013). Nothing in this order should be read as implying that Wells Fargo removed this action in bad faith.